IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GEORGE BERNARD COLBERT,   *

    Petitioner,   *

vs.   *

    CASE NO. 4:10-CV-101 (CDL)

BRUCE CHATTMAN,   *

    Respondent.   *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on October 18, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 2nd day of November, 2010.

                                          S/Clay D. Land
                                            CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE